UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                    )    Case No. CR 17-381
                                             )
                        *Plaintiff*,         )    STIPULATED ORDER EXCLUDING TIME
            v.                               )    UNDER THE SPEEDY TRIAL ACT **FILED**
                                             )
Armando Ruiz Esparza                         )           AUG 1 4 2017
                                             )
                        *Defendant*.         )    SUSAN Y. SOONG
                                                  CLERK, U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on ___Aug. 14, 2017___, the Court excludes time under the Speedy Trial Act from ___Aug. 14, 2017___ to ___Aug 22, 2017___ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to [*check applicable reasons*] _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ___8/14/17___                    _____
                                         United States Magistrate Judge

STIPULATED: ___Carlos Marcheri___        ___Julie D. Garcia___
            Attorney for Defendant        Assistant United States Attorney